EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Medidas Judiciales ante situación de emergencia tras el paso del Huracán Fiona | 2022 TSPR 117<br><br>210 DPR ___ |

Número del Caso: EM-2022-006

Fecha: 23 de septiembre de 2022

Materia: Medidas Judiciales ante situación de emergencia tras el paso del Huracán Fiona (Programa de Educación Jurídica Continua).

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re*:<br><br>Medidas Judiciales ante situación de emergencia tras el paso del Huracán Fiona | EM-2022-006 | Programa de Educación Jurídica Continua |

RESOLUCIÓN

En San Juan, Puerto Rico, a 23 de septiembre de 2022.

El 17 de septiembre de 2022 el Gobernador de Puerto Rico, Hon. Pedro Pierluisi Urrutia, decretó un estado de emergencia en todo Puerto Rico ante el paso inminente de la tormenta tropical Fiona y el impacto que pudiese ocasionar. Ese mismo día, el Servicio Nacional de Meteorología emitió un aviso de huracán para todo Puerto Rico.

Ante el deterioro de la situación climatológica, el 18 de septiembre de 2022 el Poder Judicial emitió la Resolución EM-2022-005 mediante la cual decretó la suspensión de los trabajos para el lunes 19 de septiembre de 2022. Al así proceder, extendió todos los términos vencederos en esa fecha, incluyendo todo término que dispone el Reglamento del Programa de Educación Jurídica Continua, 4 LPRA Ap. XVII-F, hasta el 20 de septiembre de 2022 o hasta que las condiciones en Puerto Rico permitan reanudar las labores en los tribunales y así se anuncie.

Habida cuenta de la situación de emergencia por la cual atraviesa la isla, y al amparo de nuestra facultad inherente para reglamentar la profesión legal, se decreta que todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza entre el lunes 19 de septiembre y el viernes 30 de septiembre de 2022, se extenderá hasta el lunes 17 de octubre de 2022. Asimismo, durante este periodo,

el Programa de Educación Jurídica Continua no notificará avisos de incumplimiento a los y las profesionales del Derecho.

La extensión de términos concedida por esta Resolución no aplicará a los periodos de cumplimiento de tres años que venzan en las mismas fechas, según dispuesto en la Regla 29 del Reglamento del Programa.

Ahora bien, como medida adicional, el Programa relevará del pago de la multa por cumplimiento tardío a los y las profesionales del Derecho que acrediten, en o antes del 17 de octubre de 2022, su cumplimiento con la totalidad de los créditos adeudados para el periodo que vence el 30 de septiembre de 2022.

Se ordena la difusión pública de esta Resolución.

Notifíquese esta Resolución al Programa de Educación Jurídica Continua y a la Oficina de Comunicaciones para su oportuna difusión.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo